IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VICKI JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-00185-CV-RK |
| | ) |
| DEPUY ORTHOPAEDICS, INC., | ) |
| DEPUY PRODUCTS, INC., | ) |
| DEPUY INTERNATIONAL LIMITED, | ) |
| JOHNSON & JOHNSON SERVICES, | ) |
| INC., JOHNSON & JOHNSON, INC., | ) |
| DOES 1-10, INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Plaintiff Vicki Johnson alleges state-law negligence, product liability, and fraud claims against the manufacturers and distributors of an allegedly faulty hip replacement. She seeks to invoke this Court's diversity jurisdiction, but she has not provided the Court with sufficient citizenship information to proceed with the case. The Court perceives two issues at this time. First, the Complaint states that the principal place of business of Defendant Depuy International Limited is in the United Kingdom but does not provide the country or state in which the company was formed. (Doc. 1 ¶¶ 10-13.) The Complaint also does not state whether the Court should analyze its citizenship like a U.S. corporation, which requires discerning the place of incorporation and principal place of business, or like a U.S. limited liability company, which requires discerning the citizenship of all members. *See Century Metal Recycling, Pvt. Ltd. v. Dacon Logistics, LLC*, No. 3:13-CV-00093 CSH, 2013 WL 5929816, at *3 (D. Conn. Nov. 4, 2013) (requiring more information for similar reasons). Second, the Court cannot proceed with a diversity case that includes Doe defendants until their citizenship is established. *See Lee v. Airgas Mid-S., Inc.*, 793 F.3d 894, 899 (8th Cir. 2015). Accordingly, the Court **ORDERS** Plaintiff to show cause by March 29, 2019, why the case should not be dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

DATED: March 18, 2019

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT